

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00392-CV

PASQUINELLI PORTRAIT HOMES-
DURANGO RIDGE LP, PORTRAIT
HOMES-TEXAS, L.L.C., AND
PASQUINELLI, GP

APPELLANTS

V.

SECURLOCK AT BEDFORD, LTD.

APPELLEE

**AND**

BROCKETTE/DAVIS/DRAKE, INC.

APPELLANT

V.

SECURLOCK AT BEDFORD, LTD.

APPELLEE

**AND**

SECURLOCK AT BEDFORD, LTD.

APPELLANT

V.

PASQUINELLI PORTRAIT HOMES-
DURANGO RIDGE LP, PORTRAIT
HOMES-TEXAS, L.L.C.,
PASQUINELLI, GP, AND
BROCKETTE/DAVIS/DRAKE, INC.

APPELLEES

-----------

FROM THE 96TH DISTRICT COURT OF TARRANT COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered appellant "Securlock at Bedford, Ltd.'s Motion to Dismiss With Prejudice."  It is the court's opinion that the motion should be granted. It is therefore ORDERED that the opinion and judgment of March 28, 2013 are withdrawn and the appeals are dismissed.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and MCCOY, J.

DELIVERED:  August 8, 2013

---

[1]*See* Tex. R. App. P. 47.4.

2